# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WIESBLATT LICENSING LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) CIVIL ACTION NO. WA-22-CA-990-FB |
| | ) |
| **RAZER USA LTD.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Granting Defendant's Motion to Dismiss signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Defendant Razer USA LTD.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 13) is GRANTED such that all claims asserted in this cause of action and this case are DISMISSED. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 4th day of January, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE